**UNITED STATES BANKRUPTCY COURT**

**OF THE DISTRICT OF COLUMBIA**

**IN RE: RAQUEL P. PINKNEY,**

                                             **CHAPTER 13**

**DEBTOR**                                                **CASE NO. 12-00612-SMT**

**SSN(S): 7950**                              **CONFIRMATION HEARING: 11/16/2012**

**<u>SECOND AMENDED CHAPTER 13 PLAN-(VARIABLE RATE +INTEREST ON PRIORITY CLAIMS) & NOTICE OF DEADLINE TO OBJECT TO CONFIRMATION</u>**

      The future Earnings/Income of the Debtor are hereby submitted to the Supervision/Control of the Trustee, and the Debtor/Employer/Income Source shall pay to the Trustee minimum $ 309.00 Monthly for approximately 60 months with total minimum funding of $ 18,540.00 AND THE DEBTORS SHALL SUBMIT TO THE TRUSTEE, AT THE TIME OF FILING WITH THE TAX AUTHORITY, COPIES OF FEDERAL AND STATE TAX RETURNS FILED DURING THE PENDENCY OF THIS CASE.

      The Debtor hereby authorizes and directs the employer/income source to comply with all Trustee's directions by deducting and forwarding plan payments directly out of debtor's income source.  The debtor shall commence proposed

**plan payments as required by 11 U.S.C. section 1326(a)(1), by money order, and continuing each month until automatic payroll deductions begin.**

**EACH HOLDER OF AN ALLOWED SECURED CLAIM SHALL RETAIN ITS LIEN AS REQUIRED BY 11 U.S.C. SECTION 1325(a)(5)(B)(i), AND FROM THE PAYMENTS RECEIVED, THE TRUSTEE SHALL MAKE DISBURSEMENTS AS FOLLOWS:**

**A. 11 U.S.C. SECTION 507 PRIORITY CLAIMS: FULL 100% PAYMENT PLUS 6% POST-CONFIRMATION INTEREST PER ANNUM.**

**B. 11 U.S.C. SECTION 1322(b)(5) CLAIMS:  THE DEBTOR SHALL MAINTAIN POST-PETITION PAYMENTS DIRECTLY WHILE CASE IS PENDING AND THE TRUSTEE WILL CURE ALL PRE-PETITION ARREARS, COSTS AND FEES OF THE FOLLOWING CLAIMS:**

**--WITH FULL 100% PAYMENT: NONE**

**--WITH FULL 100% PAYMENT PLUS 6% POST-CONFIRMATION INTEREST PER ANNUM: NONE**

**C.  DIRECT PAYMENTS: THE DEBTOR SHALL PAY DIRECTLY THE FOLLOWING CLAIMS TO THE EXTENT THEY ARE SECTION 1322(b)(2) CLAIMS (SECURED ONLY BY SECURITY INTEREST IN DEBTOR'S PRINCIPAL RESIDENCE) OR SECTION 1322(b)(5) CLAIMS OR ALLOWED SECURED CLAIMS (SUBJECT TO THE PROVISIONS OF HANGING SENTENCE OF SECTION 1325 (a)(5), IF APPLICABLE):**

**SECURED CLAIMS OF BANK OF AMERICA (REGARDING 1707 GAINESVILLE STREET SE, UNIT 102, WASHINGTON, DC 20020), CHASE MORTGAGE (REGARDING 1160 NEAL STREET, NE, WASHINGTON, DC 20002), AND REAL TIME RESOLUTIONS (REGARDING 1160 NEAL STREET, NE, WASHINGTON, DC 20002).**

**SECURED CLAIMS OF SUNTRUST MORTGAGE (REGARDING 1707 GAINESVILLE STREET, SE, UNIT 102, WASHINGTON, DC 20020), CHASE MORTGAGE (REGARDING 1926 NAYLOR ROAD, SE, WASHINGTON, DC 20020) AND ROYAL HOLIDAY (REGARDING TIMESHARE).**

**SECURED CLAIMS OF WELLS FARGO AUTO FINANCE (REGARDING 2009 ACURA RDX) AND SECURED CLAIM OF HILLWOOD CONDOMINIUM (REGARDING 1707 GAINESVILLE STREET SE UNIT 102, WASHINGTON, DC 20020).**

**D. ALL REMAINING CLAIMS: ALL ALLOWED SECURED CLAIMS SHALL BE PAID IN FULL 100% PAYMENT PLUS 6% POST-CONFIRMATION INTEREST PER ANNUM. ALL UNSECURED CLAIMS SHALL BE PAID VARIABLE RATE.**

**E. THE FOREGOING PAYMENTS ON ALLOWED SECURED CLAIMS SHALL BE PAID IN EQUAL MONTHLY PAYMENTS OVER THE DURATION OF THE PLAN BUT THE TRUSTEE MAY PAY ANY SUCH CLAIMS A LARGER AMOUNT IN ANY MONTH.**

**Dated: October 22, 2012**

**/s/ William F. Markley, Esq.**

**William F. Markley, Esq.**

>   601 Pennsylvania Avenue, NW
>
>   South Bldg, Suite 900
>
>   Washington, DC 20004
>
>   (202) 640-9455
>
>   (703) 548-9446 Fax
>
>   Bar Number 979343

## DEADLINE FOR CREDITORS TO FILE OBJECTIONS

Objections to confirmation of the INITIAL PLAN must be filed and served on debtor and the Trustee on the date that is 28 days after the filing of the INITIAL PLAN. Objections to confirmation of an AMENDED PLAN must be filed and served on debtor and Trustee either on the date that is 21 days after the filing date of the AMENDED PLAN or if later, on the date that is the deadline for objecting to the initial plan. Absent timely objections, the Court may confirm the initial plan or amended plan without hearing.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Plan has been mailed, postage pre-paid, on the date that appears below to all scheduled creditors and to:

Cynthia Niklas, Chapter 13 Trustee

4545 42nd Street NW, Ste 211

**Washington, DC 20011**

**IRS Centralized Insolvency**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

**IRS Chief Counsel**

**455 Massachusetts Avenue NW # 500**

**Washington, DC 20001**

**DC Tax & Revenue**

**1101 4th Street SW 6th Floor**

**Washington, DC 20024**

**Attorney General for DC**

**441 4th Street NW**

**Washington, DC 20001-2714**

**US Attorney**

**DC Civil Division Financial Litigation**

**555 4th Street NW**

**Washington, DC 20530**

**Child Support Services**

**Division Office of Attorney General**

**441 4th Street NW 5th Floor**

**Washington, DC 20001**

**Date of Service: October 22, 2012**

                                                **Debtor's Attorney**

                                                **/s/ William F. Markley, Esq.**

                                                **William F. Markley, Esq.**